BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
4401 Federal Building
2500 Tulare St.
Fresno, California 93721
(559) 497-4044
(559) 497-4099 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00234-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| LUIS SANTAROSA, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Luis Santarosa, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Luis Santarosa's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. The firearm and ammunition found in the defendant's possession on the date of the offense charged in this case, including but not limited to a Smith & Wesson Model 37, .38 caliber revolver, serial number 56317 and five rounds of .38 caliber Remington ammunition.

///

2. The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of

///

///

1  Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),
2  in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   November 7, 2011**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE