DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS SANTAROSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-CR-234 LJO |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | |
| LUIS SANTAROSA, | Date: February 6, 2012<br>Time: 1:00 P.M.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Luis Santarosa, that the sentencing hearing currently set for January 23, 2012 **may be continued to February 6, 2012, at 1:00 P.M.**

This stipulation is made by defense counsel because formal objections, which are likely to be necessary, are due January 13, 2012, when counsel will be out of the country on annual leave.  Defense counsel is requesting that the date for filing formals be moved to January 25, 2012 and that sentencing be
///

1  moved to February 6, 2012 so that he can file formals and sentencing memoranda, respond to any plaintiff
2  filings, and be prepared for sentencing.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 4, 2012          By:   /s/ *Yasin Mohammad*
                                      YASIN MOHAMMAD
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 4, 2012          By:   /s/ Victor M. Chavez
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LUIS SANTAROSA

## ORDER

**Good cause exists due to the unavailability of counsel.  Granted.**

IT IS SO ORDERED.

**Dated:   January 4, 2012**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE