BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
4401 Federal Courthouse
2500 Tulare St.
Fresno, California 93721
(559) 497-4044
(559) 497-4099 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00234-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| LUIS SANTAROSA, | |
| Defendant. | |

WHEREAS, on November 7, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Luis Santarosa, in the following property:

      a.  The firearm and ammunition found in the defendant's possession on the date of the offense charged in this case, including but not limited to a Smith & Wesson Model 37, .38 caliber revolver, serial number 56317 and five rounds of .38 caliber Remington ammunition.

AND WHEREAS, beginning on December 21, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1 site www.forfeiture.gov.  Said published notice advised all third
2 parties of their right to petition the Court within sixty (60) days
3 from the first day of publication of the notice for a hearing to
4 adjudicate the validity of their alleged legal interest in the
5 forfeited property;

6     AND WHEREAS, the Court has been advised that no third party has
7 filed a claim to the subject property and the time for any person or
8 entity to file a claim has expired.

9     Accordingly, it is hereby ORDERED and ADJUDGED:

10     1.   A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.
13 § 2461(c), to be disposed of according to law, including all right,
14 title, and interest of Luis Santarosa.

15     2.   All right, title, and interest in the above-listed property
16 shall vest solely in the name of the United States of America.

17     3.   The United States Marshals Service shall maintain custody
18 of and control over the subject property until it is disposed of
19 according to law.

IT IS SO ORDERED.

Dated:  **February 24, 2012**          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE