BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS SANTAROSA, <br><br> Defendant. | CASE NO. 1:11-CR-00234-LJO <br><br> GOVERNMENT MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter for the following reasons.

U.S. Probation Officer Jose Pulido advised that the state has a warrant for charges relating to the new law violation. The government would defer at this time to the state to pursue its charges and therefore requests dismissal without prejudice.

Dated: May 6, 2016                                        BENJAMIN B. WAGNER
                                                                           United States Attorney

                                                               By: */s/ KAREN A. ESCOBAR*
                                                                           KAREN A. ESCOBAR
                                                                           Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

   Dated:   **May 7, 2016**                            **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES CHIEF DISTRICT JUDGE

MOTION TO DISMISS AND PROPOSED ORDER