IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>LUIS SANTAROSA,<br><br>              Defendant. | Case No.: 1:11-CR-00234-001 LJO<br><br>ORDER OF RELEASE |

Pursuant to Minute Order issued on April 5, 2017 [Doc. 47],

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

IT IS SO ORDERED.

Dated: **April 6, 2017**     /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE